UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

        Plaintiff,

  v.

KATHRYN LOUISE JONES,

        Defendant.

NO. CIV. S-06-0217 FCD GGH

ORDER

----oo0oo----

The defendant in this matter, Kathryn Louise Jones, is appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Gregory G. Hollows for all pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV S-06-0217 FCD GGH PS.

DATED: March 16, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge