IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                     CIV S-06-0217 GGH PS

    vs.

KATHRYN LOUISE JONES,

    Defendant.                                 ORDER

_____/

          The government's motion for summary judgment presently is calendared for hearing on June 22, 2006. Also before the court is defendant's motion to dismiss, filed March 15, 2006, but not noticed for hearing. Plaintiff is informed that all motions must be noticed on this court's calendar. E.D. Local Rule 78-230. Therefore, defendant's motion will be placed on the June 22nd calendar. Plaintiff is also informed that she must follow the procedure for opposing the government's motion set forth in Rule 78-230, and must personally appear at the hearing.

          Accordingly, IT IS ORDERED that:

          1. Defendant's motion to dismiss, filed March 15, 2006 is set for hearing on June 22, 2006; and

          2. Defendant shall personally appear at the hearing.

DATED: 5/3/06

                                                                   /s/ Gregory G. Hollows

                                                                   GREGORY G. HOLLOWS
                                                                   U. S. MAGISTRATE JUDGE

GGH:076:Jones0217.hrg.wpd