IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                    CIV S-06-0217 FCD GGH PS

    vs.

KATHRYN LOUISE JONES,

    Defendants.                             ORDER TO SHOW CAUSE

_____/

        On May 4, 2006, an order of the undersigned was entered directing Kathryn Jones to appear on June 22, 2006 to argue her motion to dismiss, and to oppose the government's motion for summary judgment. Kathryn Jones did not appear as directed. Instead, she filed a document styled, "motion for more definite statement," claiming the undersigned has no power to "overthrow" the law. G. Patrick Jennings appeared for the hearing on behalf of the government.

        Where contempt is imposed to vindicate the authority of the court following a completed act of disobedience, and the contemnor has no opportunity to purge himself of contempt, the contempt is criminal in nature. Bingman v. Ward, 100 F.3d 653, 655-56 (9th Cir. 1996). In this case, Kathryn Jones' act of disobedience has been completed, and it appears it may be appropriate to enter a criminal contempt order by imposing either an unconditional and punitive fine or an order of incarceration to vindicate the authority of the court. See id.

1

Only a district judge may enter orders of contempt in proceedings of this type. 28 U.S.C. § 636(e); <u>Bingman v. Ward</u>, 100 F.3d 653, 656-57 (9th Cir.1996); <u>On Command Video Corp. v. LodgeNet Entertainment Corp.</u>, 976 F. Supp. 917 (N.D. Cal. 1997). The undersigned, however, may investigate whether further contempt proceedings are warranted and certify such facts to a district judge. 28 U.S.C. § 636(e).

Accordingly, IT IS ORDERED that:

1. Kathryn Jones is directed to appear personally before the undersigned at 501 I. Street in Courtroom No. 24 on July 20, 2006 at 10:00 a.m. to SHOW CAUSE why the undersigned should not certify facts to the district judge and recommend Kathryn Jones be held in contempt of court for failing to obey the May 4, 2006 order. Kathryn Jones is advised that a finding of contempt may result in a fine or incarceration or both, and may include an award of attorney's fees.

2. Kathryn Jones shall file a response to this order to SHOW CAUSE by July 13, 2006 to explain her failure to appear at the June 22, 2006 hearing.

3. Kathryn Jones is cautioned that failure to comply with this order and personally appear at 501 I. Street in Courtroom 24 on July 20, 2006 at 10:00 a.m. as directed will result in a recommendation to the district judge that Kathryn Jones be held in contempt of court, which could result in a fine or incarceration or both.

DATED: 6/27/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076
Jones0217.osc.wpd