IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  CIV-S-06-0217 FCD GGH PS

    vs.

KATHRYN LOUISE JONES,

    Defendant.                                  ORDER

_____/

        On August 8, 2006, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 8, 2006, are ADOPTED;

2. Plaintiff's motion for summary judgment, filed April 21, 2006, is granted.

3. UCC Financing Statement Number No. 05-702535214, filed by defendant on May 5, 2005, as well as the purported default judgments, filed September 21, 2004, and containing docket number 12391, at pages 757, 755, and 753, filed with the County Recorder of Pima County Arizona, are adjudged and declared null, void, and without legal effect.

4. Leave is granted for plaintiff to file the judgment and order of this court with the California Secretary of State and in the public records of any other jurisdiction where documents identical to UCC Financing Statement, Document Number 05-702535214, or the aforementioned default judgments, have been filed by defendant.

5. Defendant Kathryn Louise Jones, her agents, employees and any other participants, are permanently enjoined from filing or attempting to file any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of any employee or officer of the United States.

6. Plaintiff United States is awarded its costs and reasonable attorney's fees incurred in this action; attorney Jennings shall submit a recalculated fees amount within ten days.

DATED: September 15, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

jones217.jo